McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
NANCY M. LISEWSKI
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: nancy.lisewski@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL VALENZUELA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br>     Defendant. ) <br> _____) | CIVIL NO. 1:04-CV-05609-DLB <br><br> STIPULATION AND PROPOSED ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of ten thousand dollars and no cents ($ 10,000.00) and costs in the amount of six-hundred ninety-seven dollars and forty-two cents ($697.42). This amount represents compensation for all legal services rendered on behalf of Plaintiff by his attorney in connection with this civil action for services performed before the district court and Ninth Circuit in accordance with 28 U.S.C. §§ 1920 and 2412(d).

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of attorneys fees of ten thousand dollars and no cents ($ 10,000.00), pursuant to 29 U.S.C. §

2412(d), and costs in the amount of six-hundred ninety-seven and forty-two cents ($697.42), pursuant to 28 U.S.C. § 1920, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees and costs in connection with this action.  This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: September 26, 2007

/s/ Harvey Sackett
(As authorized via e-mail)
HARVEY SACKETT
Attorney for Plaintiff

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Nancy M. Lisewski
NANCY M. LISEWSKI
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **September 26, 2007**            **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE