1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL VALENZUELA, | ) | 1:04cv5609 DLB |
| | ) | |
| | ) | ORDER REMANDING ACTION |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        Plaintiff Manuel Valenzuela ("Plaintiff") filed the instant action challenging the denial of

social security benefits on April 23, 2004.  The Court denied Plaintiff's challenge on May 2,

2005.

        Plaintiff appealed the judgment and on November 7, 2007, the Ninth Circuit reversed this

Court's decision and remanded the action for payment of benefits.  Therefore, pursuant to the

Ninth Circuit's judgment, this action is REMANDED for the immediate payment of benefits

retroactive to the onset of Plaintiff's disability.


        IT IS SO ORDERED.

**Dated:    November 13, 2007**            _____**/s/ Dennis L. Beck**_____
                                        UNITED STATES MAGISTRATE JUDGE